IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
WESTERN DIVISION
No. 5:07-CR-324-D
No. 5:14-CV-163-D
No. 5:15-CV-397-D

| | |
|---|---|
| ROBERT HAMPTON TAYLOR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | **ORDER** |

The United States shall file a response to petitioner's motions to vacate under 28 U.S.C. § 2255 [D.E. 102, 107, 108]. The response is due not later than April 22, 2016.

SO ORDERED. This 14 day of March 2016.

JAMES C. DEVER III
Chief United States District Judge

Case 5:07-cr-00324-D   Document 109   Filed 03/14/16   Page 1 of 1